UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CA 08 242 ML

| | | |
|---|---|---|
| JACQEULINE J. KIKUCHI | : | |
| | : | |
| VS. | : | C.A. NO.: |
| | : | |
| STARWOOD HOTELS & RESORTS WORLD WIDE, INC. d/b/a/ THE WESTIN WALTHAM BOSTON | : | |

**COMPLAINT**

Now comes the Plaintiff in the above-entitled matter and alleges and says as follows:

**JURISDICTION**

1. Jurisdiction of this court is proper under 28 U.S.C., Section 1332. Plaintiff is a citizen of the State of Rhode Island and Defendant is a corporation organizing and existing under the laws of the State of Maryland. The matter in controversy exceeds, exclusive of interest and costs, the sum of $75,000.00.

**PARTIES**

2. Plaintiff, Jacqueline J. Kikuchi, at all times material hereto is a resident of the Town of West Warwick, County of Kent, State of Rhode Island.

3. Defendant, Starwood Hotels & Resorts Worldwide, Inc., at all times material hereto is a foreign corporation organizing and existing under the laws of the State of Maryland, registered to do business within the States of Rhode Island and the Commonwealth of Massachusetts. Defendant operates The Westin Waltham Boston, located at 70 Third Avenue, Waltham, Massachusetts.

## CAUSE OF ACTION

## NEGLIGENCE

1. On March 16, 2007, the Plaintiff was a business invitee upon the premises of the Defendant, located at 70 Third Avenue, Waltham, Massachusetts.

2. On March 16, 2007, Defendant, Starwood Hotels and Resorts Worldwide, Inc., doing business as the Westin Waltham Boston was either the owner of property located at 70 Third Avenue, Waltham, Massachusetts and/or operating a business as a hotel open to the general public at said location on said date.

3. Plaintiff, Jacqueline J. Kikuchi, on March 16, 2007, while walking into the hotel and approaching the reservation desk, slipped and fell upon a hazardous condition on the floor sustaining personal injuries.

4. At all times material hereto, the Plaintiff, was in the exercise of due care and caution.

5. At all times material hereto, the Defendant, its agents, servants and/or employees knew or in the exercise of due care should have known that the Plaintiff, and/or others in Plaintiff's capacity would have been upon said premises.

6. Defendant, its agents, servants and/or employees were under a duty to exercise reasonable care to keep the reservation area, free from defects, free from foreign substances and hazardous conditions, and safe for the intended purposes of said location.

7. Defendant, its agents, servants and/or employees were under a duty to exercise reasonable care to protect the Plaintiff, from exposure to a dangerous condition by inspection, warnings and other affirmative acts.

8. Defendant, its agents, servants and/or employees were under a duty to warn the Plaintiff or others in a similar capacity of any slippery, dangerous or unsafe conditions existing upon the premises.

9. Defendant, its agents, servants and/or employees did negligently and carelessly breach all of the aforesaid duties and as a direct and proximate result of said negligence, the Plaintiff, Jacqueline J. Kikuchi slipped and fell upon the property located at 70 Third Avenue, in the City of Waltham, State of Massachusetts and injured herself.

10. As a direct and proximate result of said incident and the negligence of the Defendant as complained of herein, Plaintiff, Jacqueline J. Kikuchi sustained severe, permanent, personal injuries which incapacitated her; she has been prevented and will continue to be prevented from carrying on her usual activities; she has suffered, presently suffers and in the future will suffer great pain of body and mind; she incurred, is continuing to incur and will in the future incur great expenses for medical and hospital care and attention; she has incurred, continues to incur and in the future will incur a loss of earnings, wages and/or income.

**WHEREFORE,** Plaintiff, Jacqueline J. Kikuchi, demands judgment against the Defendant, in an amount sufficient to sustain the jurisdiction of the

court and to be determined by the trier of fact for compensatory damages plus interest and costs.

Plaintiff,
By and Through Her Attorney,

Thomas A. Tarro, III #2046
The Law Firm of Thomas A. Tarro, III
The Summit East - Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
Tel: (401) 737-7200
Fax: (401) 732-3362

Dated: June 23, 2008

**PLAINTIFFS HEREBY CLAIMS HER RIGHT TO TRIAL BY JURY**