UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JACQUELINE J. KIKUCHI

vs. CA 08-242ML

STARWOOD HOTELS & RESORTS
WORLD WIDE, INC., d/b/a
The Westin Waltham Boston

ORDER

I hereby recuse myself from participation in the above-referenced matter.

BY ORDER:

Mary M. Lisi
Mary M. Lisi
Chief U.S. District Judge
July 14 , 2008

Entered as an Order of this Court on July 14, 2008.

Barbara Barletta
Deputy Clerk