6/25

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

JACQUELINE J. KIKUCHI

V.

STARWOOD HOTELS & RESORTS WORLDWIDE, INC. d/b/a THE WESTIN WALTHAM BOSTON

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CA 08 242 ML

TO: (Name and address of Defendant)

STARWOOD HOTELS & RESORTS WORLDWIDE, INC.
CT CORPORATION SYSTEM
155 FEDERAL STREET, SUITE 700
BOSTON, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

THOMAS A. TARRO, III, ESQ. (#2046)
THE LAW FIRM OF THOMAS A. TARRO, III
SUMMIT EAST - SUITE 330
300 CENTERVILLE ROAD
WARWICK, RI 02886

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. . You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

disinterested person
process server

CLERK

(By) DEPUTY CLERK

June 24, 2008

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE July 10, 2008 |
|---|---|
| NAME OF SERVER *(PRINT)* John Mendes | TITLE John Mendes Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: Starwood Hotels & Resorts c/o CT Corporation Systems 155 Federal Street, Suit 700 Boston MA with Althea Santolucito SOP/Full Fillment Special

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Althea Santolucito SOP/FullFillment Special

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 35.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 10, 2008
Date

John Mendes Constable
Signature of Server

139 Sixteenth St FR MA
Address of Server

CONSTABLE
JOHN MENDES

disinterested person
process server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.