UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JACQUELINE J. KIKUCHI,<br>Plaintiff<br><br>v.<br><br>STARWOOD HOTELS & RESORTS<br>WORLD WIDE, INC. d/b/a<br>THE WESTIN WALTHAM BOSTON,<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. NO.: 08-242 ML |

**ANSWER OF THE DEFENDANT, STARWOOD HOTELS & RESORTS WORLD WIDE, INC. D/B/A THE WESTIN WALTHAM BOSTON, TO THE COMPLAINT OF THE PLAINTIFF, JACQUELINE J. KIKUCHI**

FIRST DEFENSE

The defendant, Starwood Hotels & Resorts World Wide, Inc. d/b/a The Westin Waltham Boston, answers the separately numbered paragraphs of the Complaint as follows:

**JURISDICTION**

1. The defendant denies the allegations contained in this paragraph.

**PARTIES**

2. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

3. The defendant admits the allegations contained in this paragraph.

**CAUSE OF ACTION**

**NEGLIGENCE**

1. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

2. The defendant denies that it owned the property. The defendant admits the allegations that form the balance of this paragraph.

3. The defendant denies the allegations contained in this paragraph.

4. The defendant denies the allegations contained in this paragraph.

5. The defendant denies the allegations contained in this paragraph.

6. The defendant denies the allegations contained in this paragraph.

7. The defendant denies the allegations contained in this paragraph.

8. The defendant denies the allegations contained in this paragraph.

9. The defendant denies the allegations contained in this paragraph.

10. The defendant denies the allegations contained in this paragraph.

SECOND DEFENSE

The plaintiff was more than 50% at fault in causing the alleged injuries and, therefore, is barred from recovery.

THIRD DEFENSE

If the plaintiff is entitled to recover against the defendants, then any such recovery must be reduced in accordance with the plaintiff's comparative negligence, since the negligence of the plaintiff was the proximate cause of the injuries allegedly sustained.

FOURTH DEFENSE

This action is barred by operation of the applicable statute of limitations.

FIFTH DEFENSE

The Complaint should be dismissed pursuant to Fed. R. Civ. P. 12(b)(4) for insufficiency of process.

SIXTH DEFENSE

The Complaint should be dismissed pursuant to Fed. R. Civ. P.. 12(b)(5) for insufficiency of service of process.

SEVENTH DEFENSE

The Complaint fails to state a claim against the defendants upon which relief can be granted and, therefore, the Complaint should be dismissed pursuant to Fed. R. Civ. P. 12(b)(6).

EIGHTH DEFENSE

The acts or omissions which are alleged to have caused the damages and/or injuries referred to in the Complaint were committed by a third party who was not an agent or employee of the defendant and for whose acts or omissions the defendant is not legally responsible.

NINTH DEFENSE

The plaintiff has failed to mitigate, minimize or avoid damages, if any, alleged in the plaintiff's Complaint; accordingly, any recovery must be reduced by the amount of damage resulting from such failure.

TENTH DEFENSE

This Court lacks subject matter jurisdiction.

ELEVENTH DEFENSE

This Court lacks personal jurisdiction over the defendant.

TWELFTH DEFENSE

The plaintiff's Complaint should be dismissed for improper venue.

WHEREFORE, the defendant demands that this action be dismissed and that judgment enter in the defendant's favor together with costs.

THE DEFENDANT DEMANDS A TRIAL BY JURY.

THE DEFENDANT,
STARWOOD HOTELS & RESORTS
WORLD WIDE, INC. D/B/A THE
WESTIN WALTHAM BOSTON,
BY ITS ATTORNEY,

Date: 7/30/08

/S/ Scott M. Carroll

Scott M. Carroll, Bar No.: 7624
Boyle, Morrissey & Campo, P.C.
695 Atlantic Avenue
Boston, MA 02111
(617) 451-2000
FAX: (617) 451-5775