UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JACQUELINE J. KIKUCHI,<br>Plaintiff<br><br>v.<br><br>STARWOOD HOTELS & RESORTS WORLD WIDE, INC. d/b/a THE WESTIN WALTHAM BOSTON,<br>Defendant | ) | C.A. NO.: 08-242 ML |

**DEFENDANT'S, STARWOOD HOTELS & RESORTS WORLD WIDE, INC. D/B/A THE WESTIN WALTHAM BOSTON, INITIAL DISCLOSURE PURSUANT TO FED. R. CIV. P. 26(a)(1)**

Pursuant to Fed. R. Civ. P. 26(a)(1), the defendant, Starwood Hotels & Resorts World Wide, Inc. d/b/a The Westin Waltham Boston ("defendant"), makes its initial disclosure/s to the plaintiff, Jacqueline J. Kikuchi ("plaintiff"):

**A. Individuals Likely to Have Discoverable Information**

Upon information and belief, the following individuals may have discoverable information to support defendant's claims or defenses:

1. Jacqueline J. Kikuchi;
2. Jessica Chen, Westin Copley Place Boston, 10 Huntington Avenue, Boston, MA 02116;
3. Jeff Hanulec, Westin Waltham Boston, 70 Third Avenue, Waltham, MA 02451;
4. Christopher Hartzell, Westin Waltham Boston, 70 Third Avenue, Waltham, MA 02451
5. Phil Barry, former Westin Waltham Boston employee, current address unknown;
6. Tom Driscoll, Nelson Companies, Waltham, MA.

7. Colleen Keating, Westin Waltham Boston, 70 Third Avenue, Waltham, MA 02451

B. **Documents, Electronically Stored Information, And Tangible Things**

Defendant may rely on the following documents, electronically stored information and tangible things to support its claims or defenses:

1. An incident report completed by Westin Waltham Boston Front Desk Manager Jessica Chen on the date of the incident, March 16, 2007;
2. Maintenance Records
3. Kikuchi's medical records generated by providers before the alleged accident;
4. Kikuchi's medical records generated by providers following the alleged accident;

Defendant expressly reserves the right to supplement Subsection B as discovery is ongoing.

C. **Computation of Any Category of Damages**

Not applicable.

D. **Insurance Agreements**

Defendant states that the following insurers may be liable to satisfy part or all of a judgment that may be entered in the action, or to indemnify or reimburse for payments made to satisfy the judgment: Zurich Insurance Company. Defendant will provide Kikuchi with a copy of the declarations page for the insurance policy applicable to this loss.

Defendant hereby attests that the foregoing disclosures are based on information reasonably available at the time of this document's submission. Defendant expressly reserves the right to supplement the foregoing disclosures as discovery is ongoing.

THE DEFENDANT,

STARWOOD HOTELS & RESORTS
WORLD WIDE, INC. D/B/A THE
WESTIN WALTHAM BOSTON,
BY ITS ATTORNEY,

Date: 9/5/08

/S/ Scott M. Carroll

Scott M. Carroll, Bar No.: 7624
Boyle, Morrissey & Campo, P.C.
695 Atlantic Avenue
Boston, MA 02111
(617) 451-2000
FAX: (617) 451-5775

W:\Cases\8157\pleadings\initial disclosure 9-4-08.doc